497 A.2d 607

**James J. MATTHEWS, Jr., et al.**

**v.**

**John KONIECZNY, Petitioner, and J–B Beverage Distributors, Inc., et al.**

Supreme Court of Pennsylvania.

Aug. 22, 1985.

Petition for Allowance of Appeal GRANTED, No. 120 E.D. Appeal Docket 1985.